IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES L. DORSEY,<br><br>   Plaintiff,<br><br>  v.<br><br>CAMDEN COUNTY FREEHOLDERS,<br><br>   Defendants. | Civil Action<br>No. 16-5820 (JBS-AMD)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

  Plaintiff James L. Dorsey seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-1.

  According to the application submitted by Plaintiff, his average income for the past 12 months was $7,000 per month, and he anticipates earnings of $2,500 next month. *Id.* at 2. He states he has no monthly expenses. *Id.* at 4-5. Plaintiff's income as reflected by the application indicates he is able to afford the $350 filing fee and $50 administrative fee. The Court will therefore deny the application to proceed *in forma pauperis*.

  An appropriate order follows.

October 5, 2016         s/ Jerome B. Simandle
Date             JEROME B. SIMANDLE
               Chief U.S. District Judge